UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALFRED LAFORD,

    Plaintiff,

v.

    Case No. 2:24-cv-116

    Hon. Hala Y. Jarbou

MERANDA GODFREY, et al.,

    Defendants.
_____/

## ORDER

On December 16, 2025, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 41) that the Court grant Defendant Auge's motion for summary judgment. No parties have filed objections to the R&R, and the deadline for doing so has passed. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 41) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Auge's motion for summary judgment (ECF No. 36) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Auge are **DISMISSED** due to Plaintiff's failure to exhaust his administrative remedies.

Dated: January 22, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE